**Order filed September 14, 2021**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-21-00353-CV

————————

### SHAKEDRIA WEST, Appellant

### V.

### THE ESTATE OF WANDA CASTILLE, REGINALD CASTILLE, AND MONICA HUDSON, Appellees

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1159146**

---

## O R D E R

Appellant's brief was due August 9, 2021. No brief or motion to extend time has been filed. Unless appellant files a brief with this court on or before **September 28, 2021**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.